

December 12, 2023

#BWCDMPG
#23830408# BK
US Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107


RE:  Gerald F. Long
     Case #  19-10272
     Claim # 6


Dear Sir or Madam:

On February 27, 2019, Proof of Claim # 6 was filed in the amount of $18,618.42.  Please accept this letter as a formal request to withdraw Proof of Claim # 6.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org

Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org